Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



RECEIVED
MAY 21 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
_Anchorage_ District of _Alaska_
_Federal_ Division

All Alaskans ~~who~~ incarcerated Since 2007

Samson Slade Costigan
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Alaska Department of Corrections
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24-CV-00111-SLG
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Samson Slade Costigan
All other names by which you have been known: —
ID Number: 7342250
Current Institution Address: Anchorage Department of Corrections
1400 E. 4th Ave
Anchorage, AK 99501
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: State of Alaska Department of Corrections
Job or Title *(if known)*: Mental Health Department
Shield Number:
Employer:
Address: 1400 E 4th Ave
Anchorage, AK 99501
City / State / Zip Code
[X] Individual capacity [X] Official capacity
SSC

**Defendant No. 2**
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   ~~[defendant block struck through]~~ *s/c*

   _____ _____ _____
   City        State       Zip Code

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   ~~[defendant block struck through]~~ *s/c*

   _____ _____ _____
   City        State       Zip Code

   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   *The Cleary Act Agreement*
   *Freedom of speech.*
   *Right against Cruel & unusual punishment, Deliberate Indifference, and Equal Protection Clause.*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

In 2007 & 2011 The state of Alaska agreed To "Equal To or Better than" Mental Health/ Medical Treatment.

Alaska Department of corrections has Denied me & other Inmates Both "Equal To or Better then" Medical and Mental Health Treatment That I Recieved from my outside provider.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Federal prisoner

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~While In Custody at ACCC~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

While In Custody At ACCC, 1400 E 4th Ave, Anchorage, AK 99501 Between 23 June 2023 To 12 May 2024

C. What date and approximate time did the events giving rise to your claim(s) occur?

Throughout 23 June 2023 To 12 May 2024

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* In 2007, the State of Alaska D.O.C. made an agreement called The "Cleary Act". In this agreement Alaska D.O.C. agreed to give all inmates Necessary "Equal to or Better Than" Mental Health/Medical Healthcare. According to DOC policy & procedures, If a condition was treated by an outside provider the condition is considered medically necessary. First Doc Medical forced me to go "cold turkey" off suboxone against my will! Even though I had a valid prescription by AA pain management for pain. Doc medical failed to provide me physical therapy for 4 months even though I was just had surgery on my right arm to regain full range of motion. I was scheduled 3 times a week at Advanced Hand & Ortho 1.5 months out from my time of incarceration. Last Doc Mental Health took months to see me. They denied me my prescriptions. Doc MH has also denied me access to the Doc MH provider 9 times. I was seeing a provider 3x a week 1 hour each visit for extensive PTSD exposure therapy. Scheduled 3 months out. DOC MH has denied me all MH.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Because of the deliberate indifference by Doc staff members to ignore the Cleary Act agreement and my civil rights I am in constant pain from injuries I sustained while serving our country in the U.S. Army as an Airborne Infantryman, SGT. I've lost any chance to regain my full range of motion in my right arm because it took 4 months for them to let me see the physical therapist and the fact that they denied me all tools needed for me to recover full range of motion while healing. Last Doc Mental Health refuses to let me see the MH provider! I have severe anxiety and need my anxiety meds prescription. A MH clinician lied to me and told me that Doc MH does not prescribe Busspar even though many other inmates are on it. I have contemplated killing myself These months they have denied me MH care. None of the MH/Health care they provide meets Equal to nor Better Than Standard!

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I've suffered greatly! I've had massive panic attacks and have requested to see the provider over 9 times.

1) For myself I want $250,000

2) For all inmates who suffered as I did due to medical neglect. The same $250,000 a person.

I want Alaska DOC to provide the MH & Medical care they agreed to in the Cleary Act. I want them to pay me much for all the suffering they caused me and I want them to pay all inmates they made suffer from their medical neglect!

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

They have screwed all my grievances and Have Denied me any Relief

I grieved All Issues I am sueing Doc Alaska For.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    ACCe 1400 E 4th Ave Anchorage. 99501

2. What did you claim in your grievance?

    That They are Not providing "Equal To or Better Then Healthcare" That They agreed To do in The Cleary Act.

3. What was the result, if any?

    My grievance was screened and Relief was Denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    I Appealed And The Results were The same

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All grievances are screen) To Keep Them in House

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Samson S. Costign #699490
   Defendant(s) Dr. Lawerance & D.O.C. Medical

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. District Court For The District for Alaska

3. Docket or index number
   3:24-cv-00038SLG

4. Name of Judge assigned to your case
   Unknown

5. Approximate date of filing lawsuit
   4/18/2024

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 May 2024

Signature of Plaintiff: Samson Costy
Printed Name of Plaintiff: SAMSON Costigan
Prison Identification #: 699490
Prison Address: 1400 E 4th Ave
Anchorage / AK / 99501
City / State / Zip Code

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City / State / Zip Code

Telephone Number
E-mail Address

Samson Costigan 699490
Anchorage Correctional Complex East
1400 E. 4th Ave.
Anchorage, AK 99501





THIS LETTER WAS WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN THE MAIL

Clerk of Courts
222 W. 7th Ave
Anchorage, AK 99501



**LEGAL & CONFIDENTIAL**